IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR05-34 ML
:
V. : Case No.: 1: 05-M31A

DANIEL J. STONE :

**MOTION TO CONTINUE SENTENCING DATE**

Now comes Daniel J. Stone, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully moves that this Honorable Court to continue grant a thirty (30) day continuance of the sentencing date in the above-captioned matter which is currently scheduled for Tuesday, August 16, 2005.

As reason in support of said request the Court is respectfully advised that the Defendant seeks the opportunity to be able to present additionally mitigating circumstances concerning the appropriate disposition of the case. Additionally, the Court is respectfully advised that this Motion has been telephonically assented to by AUSA Richard Rose.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 3rd day of August, 2005 a true and accurate copy of the within Motion to Continue Sentencing Date was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.