RECEIVED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | |
| DANIEL J. STONE; | : | CR. No. 05-034-01ML |
| DANILO A. NUNEZ; and | : | CR. No. 05-034-02ML |
| JAMES D. MARSDEN | : | CR. No. 05-034-03ML |

**STIPULATION**

The parties stipulate and agree that the total amount of restitution in this case, owed jointly and severally by the three listed defendants, Daniel J. Stone, Danilo A. Nunez and James D. Marsden, is $24,378.13. The priorities, amount of restitution, and contact information are as follows:

| Name of Payee | Amount of Restitution | Priority Order and Percentage of Payment |
|---|---|---|
| Brennan Transportation<br>15 Freedom Way<br>Franklin, MA 02038<br>Attn: Donald Smith | $5,000.00 | (1) 71% |
| M & M Transportation<br>21 McGrath Highway<br>Suite 203<br>Quincy, MA 02169<br>Attn: Anthony Pereira and Ray Wolk | $2,000.00 | (1) 29% |

| | | |
|---|---|---|
| Federal Insurance Company<br>Chubb Group of Insurance<br>Companies<br>12 Vreeland Road<br>P.O. Box 975<br>Florham Park, NY 07932-0975<br>Attn: Frank Nemetz<br>Claim # 6623385 | $17,378.13 | (2) 100% |
| **TOTAL RESTITUTION** | **$24,378.13** | |

The undersigned certifies that counsel for each defendant has consented to this stipulation and authorized its filing.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2005 I caused to be sent a true copy of the within Stipulation via U.S. mail to:

John J. Bevilacqua, Esq.
380 Broadway
Providence, RI 02903

Kevin Fitzgerald, Esq.
Assistant Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

James E. O'Neil, Esq.
1130 Ten Rod Road, Suite A103
No. Kingstown, RI 02852

Dennis J. Jenkins,
Supervising US Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903