RECEIVED
SEP 13 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. :
:
DANIEL J. STONE; : CR. No. 05-034-01ML
DANILO A. NUNEZ; and : CR. No. 05-034-02ML
JAMES D. MARSDEN : CR. No. 05-034-03ML

**STIPULATION**

The parties stipulate and agree that the total amount of restitution in this case, owed jointly and severally by the three listed defendants, Daniel J. Stone, Danilo A. Nunez and James D. Marsden, is $24,378.13. The priorities, amount of restitution, and contact information are as follows:

| Name of Payee | Amount of Restitution | Priority Order and Percentage of Payment |
|---|---|---|
| Brennan Transportation<br>15 Freedom Way<br>Franklin, MA 02038<br>Attn: Donald Smith | $5,000.00 | (1) 71% |
| M & M Transportation<br>21 McGrath Highway<br>Suite 203<br>Quincy, MA 02169<br>Attn: Anthony Pereira<br>and Ray Wolk | $2,000.00 | (1) 29% |

| | | |
|---|---|---|
| Federal Insurance Company<br>Chubb Group of Insurance<br>Companies<br>12 Vreeland Road<br>P.O. Box 975<br>Florham Park, NY 07932-0975<br>Attn: Frank Nemetz<br>Claim # 6623385 | $17,378.13 | (2) 100% |
| **TOTAL RESTITUTION** | **$24,378.13** | |

The undersigned certifies that counsel for each defendant has consented to this stipulation and authorized its filing.

Respectfully submitted,

UNITED STATES OF AMERICA,
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**ENTER:**

Mary M. Lisi

**U.S. District Judge Mary M. Lisi**
**DATE:**

September 14, 2005