FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : Case No.: 1: 05-~~M31A~~ 34 ML
:
DANIEL J. STONE :

## MOTION TO CONTINUE SENTENCING DATE

Now comes Daniel J. Stone, the Defendant in the above captioned case, by and through his attorney, the undersigned James E. O'Neil, and respectfully moves that this Honorable Court to continue grant a (60) day continuance of the sentencing date in the above-captioned matter which is currently scheduled for Thursday, September 22, 2005.

As reason in support of said request the Court is respectfully advised that the Defendant is continuing to cooperate with the Government with the goal of presenting mitigating circumstances concerning the appropriate disposition of the case. Additionally, the Court is respectfully advised that this Motion has been telephonically assented to by AUSA Richard Rose this date.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

Granted.
Mary M. Lisi
USDJ 9/21/05

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 19th day of September, 2005 a true and accurate copy of the within Motion to Continue Sentencing Date was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903.

James E. O'Neil, Esq.