IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR 05-034-01ML |
| DANIEL J. STONE | : | |

**MOTION TO AMEND CONDITIONS OF BAIL**

Now comes Daniel Joseph Stone, Jr., the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq., and respectfully requests this Honorable Court amend the conditions of his bail to allow him to travel out of state to New Hampshire to visit with his wife and children.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of October, 2005 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

James E. O'Neil, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR 05-034-01ML |
| DANIEL J. STONE | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO AMEND CONDITIONS OF BAIL**

As reason in support of Defendant's Motion to Amend Conditions of Bail, the Court is respectfully advised that the Defendant's wife and children have recently moved to 187 Brownfield Road, Easton, New Hampshire. The Defendant seeks permission from this Honorable Court to travel to New Hampshire every other weekend in order that he may visit with his family. Additionally, the Court is respectfully advised that this Motion was telephonically assented to by AUSA Richard Rose.

In light of the aforementioned reasoning, it is respectfully requested that this Honorable Court grant the Defendant's Motion to Amend Conditions of Bail.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of October, 2005 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

James E. O'Neil, Esq.