FILED
OCT 0 6 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR 05-034-01ML
:
DANIEL J. STONE :

**MOTION TO AMEND CONDITIONS OF BAIL**

Now comes Daniel Joseph Stone, Jr., the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq., and respectfully requests this Honorable Court amend the conditions of his bail to allow him to travel out of state to New Hampshire to visit with his wife and children.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 5th day of October, 2005 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Richard Rose, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

Granted.
Mary M. Lisi
USDJ 10/7/05

James E. O'Neil
James E. O'Neil, Esq.