**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-034-01ML** |
| | : | |
| **DANIEL A. STONE** | : | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

Now comes the United States and hereby moves to continue the sentencing of defendant, DANIEL A. STONE scheduled for November 30, 2005 for the reasons stated in the attached Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of November, 2005, I served a true and correct copy of the foregoing Government's Motion to Continue Sentencing to:

James E. O'Neil, Esq.
1130 Ten Rod Road
North Kingstown, RI 02852 (BY FAX)

Dennis J. Jenkins
Supervising U.S. Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903 (BY FAX)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **CR. No. 05-034-01ML** |
| | : | |
| **DANIEL A. STONE** | : | |

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS MOTION TO CONTINUE SENTENCING**

The government respectfully requests that the Court grant it a 30-day continuance in the sentencing of the defendant, DANIEL A. STONE. The defendant is on bail and on information and belief, has been fully compliant. Counsel for the defendant has no objection. The government needs the additional time to prepare a comprehensive sentencing memorandum which it believes will result in a sentencing reduction for the defendant.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of November, 2005, I served a true and correct copy of the foregoing Government's Memorandum in support of its Motion to Continue Sentencing to:

James E. O'Neil, Esq.
1130 Ten Rod Road
North Kingstown, RI 02852 (BY FAX)

Dennis J. Jenkins
Supervising U.S. Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903 (BY FAX)