UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR. No. 05-034-01ML |
| | : | |
| DANIEL A. STONE | : | |

**GOVERNMENT'S MOTION TO CONTINUE SENTENCING**

Now comes the United States and hereby moves to continue the sentencing of defendant, DANIEL A. STONE scheduled for November 30, 2005 for the reasons stated in the attached Memorandum of Law.

Respectfully submitted,

UNITED STATES OF AMERICA

ROBERT CLARK CORRENTE
United States Attorney

RICHARD W. ROSE
Assistant U.S. Attorney

Granted. Mary M. Lisi USDJ 11/29/05

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 28th day of November, 2005, I served a true and correct copy of the foregoing Government's Motion to Continue Sentencing to:

James E. O'Neil, Esq.
1130 Ten Rod Road
North Kingstown, RI 02852 (BY FAX)

Dennis J. Jenkins
Supervising U.S. Probation Officer
U.S. Probation Office
36 Exchange Terrence, 3rd Fl.
Providence, RI 02903 (BY FAX)