IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR 05-034-01ML |
| DANIEL J. STONE | : | |

**MOTION TO AMEND CONDITIONS OF BAIL**

Now comes Daniel Joseph Stone, Jr., the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq., and respectfully requests this Honorable Court amend the conditions of his bail to permit the Defendant to relocate to 178 Brownfield RdEaton, NH 03849 where his wife and two children ages eight (8) and five (5) are currently residing pending disposition of this case which is currently set for January 20, 2005

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 16th day of December, 2005 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Gerald Sullivan, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

James E. O'Neil, Esq.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | CR 05-034-01ML |
| DANIEL J. STONE | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO AMEND CONDITIONS OF BAIL**

As reason in support of Defendant's Motion to Amend Conditions of Bail, the Court is respectfully advised that Counsel for Daniel Stone has been advised by his supervisory Probation Officer, Charlene Tryhubczak that she has no objection to Mr. Stone's Motion to Amend Conditions of Bail to permit him to relocate to New Hampshire. Significantly, Ms. Tryhubczak has additionally advised undersigned Counsel that the Federal Probation Office in New Hampshire will assume supervision of Mr. Stone pending disposition of this case. Permitting Mr. Stone to relocate to New Hampshire will allow him to spend the Christmas Holidays and the weeks prior to his sentencing with his wife and children and will in no way compromise his continued commitment to appear before this Honorable Court at all times required of him. He has maintained an impeccable record with U.S. Probation Officer Tryhubczak and poses absolutely no risk of flight or danger to the community.

In light of the aforementioned reasoning, it is respectfully requested that this Honorable Court grant the Defendant's Motion to Amend Conditions of Bail.

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 14th day of December, 2005 a true and accurate copy of the within Memorandum in Support of Defendant's Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Gerald Sullivan, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

James E. O'Neil, Esq.