IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED DEC 19 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
V. : CR 05-034-01ML

DANIEL J. STONE :

**MOTION TO AMEND CONDITIONS OF BAIL**

Now comes Daniel Joseph Stone, Jr., the Defendant in the above-captioned case, by and through his attorney, the undersigned James E. O'Neil, Esq., and respectfully requests this Honorable Court amend the conditions of his bail to permit the Defendant to relocate to 178 Brownfield RdEaton, NH 03849 where his wife and two children ages eight (8) and five (5) are currently residing pending disposition of this case which is currently set for January 20, 2005

Respectfully Submitted,
Daniel J. Stone
By and Through His Attorney

James E. O'Neil, #2097
The Meadows, Suite A-103
1130 Ten Rod Rd
North Kingstown, RI 02852
(401)-667-7111 -phone
(401)-667-7112- fax

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 16th day of December, 2005 a true and accurate copy of the within Motion to Amend Conditions of Bail was mailed first-class, postage prepaid to AUSA Gerald Sullivan, U.S. Attorney's Office, Fleet Building, Kennedy Plaza, Providence, RI 02903 and U.S. Probation Officer Charlene Tryhubczak, U.S. Probation, 2 Exchange Terrance, Providence, RI 02903.

Granted.
Mary M. Lisi
USDJ
12/19/05

James E. O'Neil, Esq.