**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR. No. 05-034-01ML** |
| **DANIEL A. STONE** | : | |

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER**

This matter came on for hearing on the Government's Motion to Decrease Offense Level for Acceptance of Responsibility. After hearing thereon, it is hereby:

**ORDERED**

Pursuant to U.S.S.G. § 3E1.1(b) that the defendant's offense level be reduced by one additional offense level for acceptance of responsibility.

By Order,

J. Duhamel
DEPUTY CLERK

ENTER:

Mary M. Lisi
United States District Court Judge

Date: January 20, 2006