PROB.22
(Rev. 2/88)

U.S. DISTRICT COURT
DISTRICT OF ...
FILED

## TRANSFER OF JURISDICTION

2007 JUL 27 A 11: 02

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Tran. Court) | 1:05CR00034-001 | | |
| DOCKET NUMBER (Rec. Court) | | | |
| NAME AND ADDRESS OF SUPERVISED RELEASEE<br>**Daniel J. Stone**<br>**New Hampshire** | DISTRICT<br>Rhode Island | DIVISION<br>Providence | |
| | NAME OF SENTENCING JUDGE<br>Honorable Mary M. Lisi<br>Chief U.S. District Judge | | |
| | DATES OF PROBATION / SUPERVISED RELEASE | FROM:<br>July 19, 2006 | TO:<br>July 18, 2009 |

OFFENSE

Conspiracy to Transport and Possess Stolen Property, Possession of Stolen Property and Transportation of Stolen Goods

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF NEW HAMPSHIRE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

July 24, 2007
*Date*

[signature]
*Honorable Mary M. Lisi*
*Chief U.S. District Court Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF NEW HAMPSHIRE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 31, 2007
*Date*

[signature]
*United States District Judge*